```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                       EASTERN DISTRICT OF VIRGINIA
                             Alexandria Division

MARCUS BRIGHT,                     )
                                   )
      Plaintiff,                   )
                                   )
v.                                 )     1:07cv616 (LMB/BRP)
                                   )
CENTRAL FAIRFAX SERVICES INC.,     )
                                   )
      Defendant.                   )
```

                                  ORDER

The Court has determined that it must recuse itself from considering this civil action. Accordingly, it is hereby

ORDERED that the Clerk randomly reassign this civil action to another district judge in this division.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of July, 2007.

                                        _____/s/_____
                                        Leonie M. Brinkema
                                        United States District Judge
Alexandria, Virginia